

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2016

No. 04-16-00331-CR

Rogelio **RINCON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2445
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting: Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

It is so ORDERED on August 1, 2016.

PER CURIUM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court